# Court of Appeals
# of the State of Georgia

ATLANTA,  May 12, 2026

*The Court of Appeals hereby passes the following order:*

**A26A1715. DANYELLE HOWELL PAUL v. SCOTT JASON PAUL.**

Danyelle Howell Paul ("wife") and Scott Jason Paul ("husband") divorced in November 2015. In 2018, the wife filed a motion to set aside the divorce decree, which the trial court dismissed. In the direct appeal that ensued, this Court reversed the trial court's order. *Paul v. Paul*, 355 Ga. App. 828 (846 SE2d 138) (2020). Back in the trial court, the wife filed a second motion to set aside, which the trial court also denied.[1] In March 2023, the husband filed a motion for attorney fees and expenses pursuant to OCGA §§ 19-6-2 and 9-15-14. After a hearing, the trial court granted the husband's motion. The wife then filed this direct appeal. We, however, lack jurisdiction.

Appeals from orders in "divorce, alimony, and other domestic relations cases," must be initiated by filing an application for discretionary review. OCGA § 5-6-35(a)(2), (b). Compliance with the discretionary appeals procedure is jurisdictional. *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021). Consequently, the wife's failure to follow that procedure deprives

---

[1] This Court dismissed the wife's appeal from that order. See Case No. A23A0898 (Feb. 7, 2023).

us of jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/12/2026

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*